Alan Harris (SBN 146079)
David Zelenski (SBN 231768)
HARRIS & RUBLE
6424 Santa Monica Boulevard
Los Angeles, California 90038
Tel: 323.962.3777
Fax: 323.962.3004
Email: aharris@harrisandruble.com
Email: dzelenski@harrisandruble.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| HALLINA POPKO, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>VAN ACKER CONSTRUCTION ASSOCIATES, INC., GARY VAN ACKER, and GLEN SHERMAN,<br><br>Defendants. | Case No.: 3:10-CV-04293-BZ<br><br>STIPULATION FOR DISMISSAL |

1
STIPULATION RE DISMISSAL OF ALL CLAIMS WITH PREJUDICE

Plaintiff, on the one hand, and Defendants, on the other hand, hereby stipulate to the immediate dismissal with prejudice of all claims in the above-entitled action. Each party is to bear its own fees and costs.

**IT IS SO STIPULATED.**

DATED: December 8, 2010        GORDON & REES

By: _____/s/_____
    Michael T. Lucey
    Jon C. Yonemitsu
    *Attorneys for Defendants*

DATED: December 8, 2010        HARRIS & RUBLE

By: _____/s/_____
    Alan Harris
    *Attorney for Plaintiff*

**IT IS SO ORDERED.**

DATED: 8 Dec, 2010

Honorable Bernard Zimmerman
United States Magistrate Judge